UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE                                    CIVIL ACTION
COMPLAINT OF JILLIAN
MORRISON, LLC, ET AL

                                                 NO:08-1255
                                                 c/w:09-4270

THIS DOCUMENT RELATES TO :                              SECTION: "J"(5)
09-4270

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the claims of Andrews Pineda-Leoni (in member case 09-4270) are hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

The Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 15th day of December, 2010.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE